## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     Sandra Perillo | : | |
| | : | Case No.: 22-10120-MDC |
|     Debtor(s) | : | |

**MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE REMAINING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)**

1. The above-captioned Chapter 13 Bankruptcy was filed on January 19, 2022 as an Emergency Petition.

2. The remaining schedules were due to be filed by February 2, 2022.

3. Under Bankruptcy Rule 1007(c), the debtors may obtain a further extension of the filing deadline for "cause" shown.

4. Additional information is required from the debtor to properly complete the required statements, schedules, plan, and Form22c.

5. Debtors request additional time to properly comply with the Bankruptcy Code to submit the required remaining documents.

    WHEREFORE, Debtors respectfully request the entry of an ORDER extending the time for filing the required documents to February 16, 2022.

Dated: February 2, 2022

   /s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for Debtor
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008